| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>*[Enter your name, address and telephone number]*<br><br>Adeshola Oshinaike<br>222-11 Nesbit Terrace<br>Irvington, NJ 07111<br>(862) 214-0068 | U.S BANKRUPTCY COURT<br>FILED<br>NEWARK, NJ<br><br>2016 NOV 18 PM 3:49<br><br>JAMES J. WALDRON<br>BY: C. Richards<br>DEPUTY CLERK |
| In Re:<br>*[Enter the debtor's name(s)]* | Case No.: **16-28001-SLM**<br>*[Enter the case number]*<br><br>Chapter: **13**<br>*[Enter the chapter; example: 13]*<br><br>Hearing Date: _____<br>*[Enter the hearing date]*<br><br>Judge: **Meisel, Stacey**<br>*[Enter the Judge's last name]* |

## NOTICE OF MOTION TO

*[Enter the relief sought]* **Reopen Case Reinstate**

*[Enter your name]* **Adeshola Oshinaike** has filed papers with the court to *[Enter the relief sought]* **Newark, New Jersey**.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: _____
*[Enter the date of the hearing]*

Hearing Time: _____
*[Enter the time of the hearing]*

Hearing Location: _____
*[Enter the location of the hearing]*

Courtroom Number: _____
*[Enter the courtroom number]*

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]*

*[Enter the name and address of all other parties who will be affected by this motion]*

Marie-Ann Greenberg
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004
(973) 227-2840

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __11/18/16__      Signature: __[signature]__
*[Enter the date this document is signed]*      Signature *[Of the party seeking relief]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

Adeshola Oshinaike
222-11 Nesbit Terrace
Irvington, NJ 07111
(862) 214-0068

In Re:
*[Enter the debtor's name(s)]*

Case No.: _____ *[Enter the case number]*

Chapter: _____ *[Enter the chapter of the case]*

Hearing Date: _____ *[Enter the hearing date]*

Judge: _____ *[Enter the Judge's last name]*

FILED NEWARK
2016 NOV 18 PM 3:50
JAMES J BALDWIN
BY: _____ DEPUTY

## CERTIFICATION OF SERVICE

1. I, **Adeshola Oshinaike**

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☑ am the **debtor** in this case and am representing myself.

2. On *[Enter the date you served the documents]* **November 18, 2016**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   *[Place a check next to each document you served]*

   ☑ Notice of Motion *[Enter title of motion]* **Reopen Case Reinstate**

   ☐ Certification in Support of Motion *[Enter title of motion]* _____

☐ Statement as to Why No Brief is Necessary

☐ Proposed Order Granting Motion *[Enter title of motion]* _____

_____

☐ Other *[Enter title of document]* _____

_____

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____ASK__ 11/18/16_____            ___X___ 11 | _ASK_____

*[Enter the date you signed this document]*            **Signature** *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br><br>SEE ATTACHED LIST | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☒ Regular mail *(circled)*<br>☐ ~~Certified~~ mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name | Address | Phone |
|---|---|---|
| ABILITY RECOVERY | PO Box 4031, WYOMING, PA 18644 | 855-207-1892 |
| ABLTY RECVRY | POB 4031, WYOMING, PA 18644 | 855-207-1892 |
| AMERIFINANCIAL SOLUTIO | PO BOX 7, VASSAR, MI 48768 | 800-753-7100 |
| AMERISOL | PO BOX 65018, BALTIMORE, MD 21264 | 800-945-7184 |
| CENTRAL JERSEY FCU | 123 GREEN ST, WOODBRIDGE, NJ 07095 | 732-634-0600 |
| CHASE | 201 N WALNUT ST, WILMINGTON, DE 19801 | 800-955-9900 |
| CHASE BP | 225 CHASTAIN MEADOWS COURT, KENNESAW, GA 30144 | 800-477-6761 |
| CHASE BP PRVT LBL | PO BOX 15298, WILMINGTON, DE 19850 | 800-432-3117 |
| CIT GROUP SALES FIN | PO BOX 24610, OKLAHOMA CITY OK 73124 | 800-721-4006 |
| CNTL JRSY CU | 123 GREEN STREET, WOODBRIDGE, NJ 07095 | 732-6340600 |
| CNTRLJERSY | , | 732-634-0600 |
| Credit Plus | 31550 Winter Place Parkway, SALISBURY, MD 21801 | 800-258-3488 |
| ESSEX COUNTY DISTRICT COURT | 470 HIGH ST, NEWARK, NJ | 973-693-5529 |
| ESSEX COUNTY special civil | 490 MARTIN LUTHER KING J, NEWARK, NJ 07102 | 973-693-6460 |
| FASHION BUG | 745 CENTER STREET, MILFORD, OH 45150 | 800-767-1309 |
| FIELDSTONE | 11000 BROKEN LAND PKWY STE 600, COLUMBIA, MD 21044 | 410-772-7200 |
| HMS | , | 800-333-7023 |
| MIDLAND FUND | 2365 NORTHSIDE DRIVE SUITE 300, SAN DIEGO, CA 92108 | 844-236-1959 |
| MIDLAND FUNDING | 8875 AERO DR STE 200, SAN DIEGO, CA 92123 | 877.240.2377 |
| Midland Funding LLC | , San Diego, CA, 92123 | 800-265-8825 |
| OXFORD MANAGEMENT SERVICES | , | 800-982-6096 |
| PC ESSEX | 490 DR M LUTHER KG, NEWARK, NJ 07102 | 973-621-4960 |
| PORTFOLIO | , | 888-772-7326 x11730 |
| PORTFOLIO RC | 287 INDEPENDENCE, VIRGINIA BEACH, VA 23462 | 800-772-1413 |
| PORTFOLIO RECVRY&AFFIL | 120 CORPORATE BLVD STE 1, NORFOLK VA 23502 | 888-772-7326 |
| TD BANK USA/TARGETCRED | PO BOX 673, MINNEAPOLIS, MN 55440 | 888-755-5856 |
| VERICREST | , | 800-721-4006 |

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and telephone number]
```
Adeshola Oshinaike
222-11 Nesbit Terrace
Irvington, NJ 07111
(862) 214-0068

In Re:
[Enter the debtor's name(s)]

Case No.: 16-28001-SLM
[Enter the case number]

Chapter: 13
[Enter the chapter]

Hearing Date: _____
[Enter the hearing date]

Judge: Meisel, Stacy
[Enter the judge's last name]

**CERTIFICATION OF** Adeshola Oshinaike
[Enter the name of the person that has personal knowledge of the facts set forth below]

I, [Enter the name of the person that has personal knowledge of the facts set forth below] Adeshola Oshinaike, [Enter their relationship to the case. For example: debtor, creditor] Debtor in the above captioned case, submits this Certification in support of the Motion for [Enter title of motion] Reopen _____ filed by me on [Enter the date the motion was filed] 9-20-2016.

1. [Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]

I DID NOT Receive Any Correspondance from the court pertaining to Any other documents Required.

US BANKRUPTCY COURT
FILED
NEWARK, NJ
2016 NOV 18 PM 3:10
JAMES J WALDRON
BY: C. Richards
DEPUTY CLERK

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* Believe I Am NOT CAPABle to Repay all of My debts

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

I certify under penalty of perjury that the above is true.

Date: 11/18/16        Signature: [signed]
*[Enter the date this document is signed]*        Signature
                                *[Of the party with actual knowledge of the facts set forth above]*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*[Enter your name, address and telephone number]*<br><br>Adeshola Oshinaike<br>222-11 Nesbitt Terrace<br>Irvington, NJ 07111<br>(862) 214-0068<br><br>In Re:<br>*[Enter the debtor's name(s)]* | U S BANKRUPTCY COURT<br>FILED<br>NEWARK, NJ<br><br>2016 NOV 18 PM 3:50<br><br>JAMES J WALDRON<br>BY: C. Richards<br>DEPUTY CLERK<br><br>Case No.: 16-28001-SLM<br>*[Enter the case number]*<br><br>Chapter: 13<br>*[Enter the chapter; example: 13]*<br><br>Hearing Date: _____<br>*[Enter the hearing date]*<br><br>Judge: Meisel, Stacey<br>*[Enter the Judge's last name]* |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: 11/18/16
*[Enter date this document is signed]*

Signature *[Of party seeking relief]*

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*[Enter your name, address and phone number]*<br><br>Adeshola OSHINAIKE<br>222-11 Nesbit Terrace<br>Irvington, NJ 07111<br>(862) 214-0068 |

In Re:
*[Enter the debtor's name(s)]*

Adeshola Oshinaike

Case No.: 16-28001-SLM
*[Enter the case number]*

Chapter: 13
*[Enter the case number]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: Meisel, Stacey
*[Enter the Judge's last name]*

**ORDER GRANTING** to Reinstate
*[Enter the relief sought]*

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* _____ is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the movant's *[Enter the title of the motion]* _____

_____, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____